No. 998. GASTON *v.* UNITED STATES. June 12, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. P. Bateman Ennis* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 1010. NELSON ET AL. *v.* UNITED STATES. June 12, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *George Nelson, Agnes Nelson,* and *Ollie Halpin, pro se. Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Helen R. Carloss* for the United States.

No. 1043. GALLAGHER'S STEAK HOUSE, INC. *v.* BOWLES, PRICE ADMINISTRATOR, ET AL. June 12, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Mark Eisner* for petitioner. *Solicitor General Fahy* and *Mr. Thomas I. Emerson* for respondents.

No. 1061. PRESQUE-ISLE TRANSPORTATION Co., INC. *v.* KOEHLER. June 12, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward W. Hamilton* for petitioner. *Mr. Thomas C. Burke* for respondent.

No. 1019. SHEEHAN *v.* HUFF, SUPERINTENDENT. June 12, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. John J. Carmody* for petitioner. *Solicitor*

*General Fahy, Assistant Attorney General Tom C. Clark,*
and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for
respondent.

No. 1069. HUFFMAN *v.* RAGEN, WARDEN; and
No. 1074. WILLIS *v.* NIERSTHEIMER, WARDEN. June
12, 1944. Petitions for writs of certiorari to the Supreme
Court of Illinois denied.

No. 1085. KNIGHT *v.* CALIFORNIA ET AL. June 12,
1944. Petition for writ of certiorari to the Supreme Court
of California denied.

No. 1088. MILLWOOD *v.* RAGEN, WARDEN. June 12,
1944. Petition for writ of certiorari to the Supreme Court
of Illinois denied.

No. 1098. EX PARTE THOMPSON, EXECUTRIX. June 12,
1944. Petition for writ of certiorari to the Supreme Court
of Louisiana denied.

No. 1100. POTERACKI *v.* RAGEN, WARDEN;
No. 1101. GALL *v.* RAGEN, WARDEN;
No. 1102. MOORE *v.* RAGEN, WARDEN; and
No. 1103. NORVAL *v.* RAGEN, WARDEN. June 12, 1944.
Petitions for writs of certiorari to the Supreme Court of
Illinois denied.

No. 1099. SOGAN *v.* RAGEN, WARDEN. June 12, 1944.
Petition for writ of certiorari to the Supreme Court of Il-
linois denied for the reason that application therefor was
not made within the time provided by law. § 8 (a), Act
of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C.,
§ 350.